UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Malibu Media LLC
                      Plaintiff,

v.                                                   Case No.: 1:16–cv–02347
                                                  Honorable Manish S. Shah

John Doe
                      Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 18, 2016:

      MINUTE entry before the Honorable Manish S. Shah: Plaintiff's Motion for Leave to Serve a Third Party Subpoena Prior to a Rule 26(f) Conference [9] is granted. Plaintiff has demonstrated good cause to conduct early discovery, in order to identify the defendant in this case. Plaintiff may issue a Rule 45 subpoena to the internet service provider associated with the defendant IP address to obtain the name and address of the subscriber, and Plaintiff may use the information solely for purposes of this litigation. No appearance on the motion is necessary. Status hearing is reset to 5/17/16 at 9:30 a.m. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.